→ no jurisdiction *in personam*

FILED
10:09 am, 10/8/14
Stephan Harris
Clerk of Court

# United States District Court
## For The District of Wyoming

→ no credentials, IN DEFAULT

United States of America,
    Plaintiff,

→ no legal standing, as such: see E.O. 13232, 9 Aug. 1999

vs.

→ misnomer: see Doe v. Dunning, 549 P.2d 1 (Wash. State Supreme Court)

Mitchell Paul Modeleski,
    Defendant.

**NOTICE**

Case Number: 14-CR-027-NDF-2

TYPE OF CASE: *vicious retaliation: see 31 USC 3730(h)*    Criminal

→ no criminal jurisdiction: 18 USC 3231, 3771, June 25, 1948

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| PLACE<br>J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | BEFORE<br>Nancy D. Freudenthal<br>Chief United States District Judge<br>DATE AND TIME<br>November 10, 2014 at 1:30 p.m. - - **VACATED** |

→ missing – AND – defective credentials! see OIP reply(s) to FOIA Requests!

TYPE OF PROCEEDING
Status Conference - - VACATED

(see APPLICATION FOR DISQUALIFICATIONS: 28 USC 144)

"nom de guerre" lacks credentials, IN DEFAULT

STEPHAN HARRIS
Clerk of Court

October 8, 2014
Date

Kellie Erickson
Deputy Clerk

→ lacks delegation of authority

TO:
Defendant (through counsel)
Defense Counsel
US Attorney's Office

USMS
USPO
Court Reporter

→ have defamed Paul Andrew Mitchell, e.g. "EXTREMIST MONTANA FREEMAN ASSOCIATE" [sic]: see supremelaw.org/cc/

→ "Terry J. Harris, 'Esq.'" [sic] NOT lawfully appointed by Freudenthal (enthralled by fraud?)




FILED
10:09 am, 10/8/14
**Stephan Harris**
Clerk of Court

# United States District Court
## For The District of Wyoming

| | |
|---|---|
| United States of America,<br>              Plaintiff, | **NOTICE** |
| vs. | |
| Mitchell Paul Modeleski,<br>              Defendant. | Case Number: 14-CR-027-NDF-2 |

**TYPE OF CASE:**

Criminal

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE<br>J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #1 | BEFORE<br>Nancy D. Freudenthal<br>Chief United States District Judge |
|---|---|
| | DATE AND TIME<br>November 10, 2014 at 1:30 p.m. - - **VACATED** |

TYPE OF PROCEEDING

Status Conference - - VACATED

STEPHAN HARRIS
Clerk of Court

October 8, 2014                            Kellie Erickson
Date                                              Deputy Clerk

TO:
Defendant (through counsel)          USMS
Defense Counsel                               USPO
US Attorney's Office                         Court Reporter

<u>Refused</u> <u>for Causes:</u> no jurisdiction in personam i.e. The Proper Person of Paul Andrew Mitchell, B.A., M.S.; see all further details in His APPLICATION FOR DISQUALIFICATIONS: 28 USC 144, and all His other pleadings to date /

(RTS)

Case 6:14-cv-03460-MDH   Document 7   Filed 11/06/14   Page 3 of 4

Modeleski, M.P. (given name)
#44202-086
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Courtesy Copy

in re:
U.S. ex rel. Mitchell
v. Freulenthal et al.

all Rights Reserved
cf. UCC 1-308

LEGAL MAIL

TO: Hon. Douglas M. Harpool
    c/o Clerk of Court, USDC/WDMO
    222 N. John Q. Hammons Pkwy.
    Room 1400
    Springfield, Missouri 65806 - USA