# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL ANDREW MITCHELL, ) <br> a/k/a MITCHELL PAUL MODELESKI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NANCY DELL FREUDENTHAL, et al., ) <br> ) <br> Defendants. ) | Case No. 14-3460-CV-S-MDH-P |

## ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER

Because this case was transferred to the United States District Court for the District of Wyoming on November 5, 2014, it is **ORDERED** that plaintiff's motion for Court Order (Doc. No. 5) filed on November 6, 2014, is denied as moot and without prejudice to its reassertion in the United States District Court for the District of Wyoming.

/s/ Douglas Harpool
DOUGLAS HARPOOL
UNITED STATES DISTRICT JUDGE

Springfield, Missouri,

Dated: 11/10/2014 .