FROM: 44202086
TO: Brown, Thomas; Guenette, Edward; Mullen, Jack; Saccato, Larry; Schoch, Juan
SUBJECT: URGENT: Application for TRO: please FAX
DATE: 11/06/2014 06:03:15 PM

[Please FAX or OVERNITE ASAP to Judge Harpool c/o Clerk of Court]

EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER ("TRO")

Case No. 14-3460-CV-S-MDH-P (USDC/WDMO/Springfield)

TO:
Hon. M. Douglas Harpool
United States District Judge
United States District Court
Western District of Missouri, Southern Division
222 N. John Q. Hammons Parkway, Room 1400
Springfield 65806-2515
Missouri, USA

DATE: 11/6/2014

Greetings Your Honor:

At approximately 9:45 AM today, I was threatened again in writing
with "involuntary medication", which threat was made on U.S. BOP
Form BP-A0959, evidently signed by one Christina A. Pietz as USMCFP
"Psychologist" for Dr. Robert Sarrazin, M.D. as Chief of Psychiatry.

On 10/1/2014, I served Ms. Pietz and Dr. Sarrazin with a proper
DEMAND TO CEASE AND DESIST from any and all threats or attempts
to forcefully medicate me against my expressed desire that
they do NOT do so.

I also informed Linda Sanders, Warden, and Sara Hampton,
Psychology Intern, of my opposition to involuntary medication,
by means of several documents written by me.

My DEMAND TO CEASE AND DESIST dated 10/1/2014 properly cited
State v. Mains, 669 P.2d 1112 (1983); Blaisdell v. Commonwealth,
364 NE.2d 191 (1977); and, State v. Jackson, 298 SE.2d 866 (1982).
See also Washington v. Harper (S.Ct. cite omitted).

Nevertheless, contrary to those decisions, I will NOT have ANY
assistance of Counsel at the administrative hearing now scheduled for
10:00 AM on Friday, 11/7/2014, in the Ward 10-G Conference Room
at USMCFP/Springfield.

I cannot and will not attend any such hearing(s) without the presence
and meaningful technical assistance of competent and qualified Counsel.

EMERGENCY REMEDY REQUESTED

Applicant hereby requests from this Court a TEMPORARY RESTRAINING ORDER
("TRO") restraining Linda Sanders, Robert Sarrazin, Christina A. Pietz and
Sara Hampton from administering forced or involuntary medication upon
Applicant for a minumum of ninety (90) days, and to postpone all administrative
hearings concerning App

either competent standby Counsel, or formal legal representation, for Applicant
Paul Andrew Mitchell, BOP Reg. No. 44202-086, pursuant to 28 U.S.C. 1654.

Respectfully submitted,

/s/ Paul Andrew Mitchell    *Paul Mitchell*

Applicant In Propria Persona (initially) and In Forma Pauperis;
Agent of the United States as Qui Tam Relator (4X),
False Claims Act: 31 USC 3730(h) (relief from retaliatory actions)

All Rights Reserved (cf. UCC 1-308)

Modeleski, M.P. (given name)
#44202-086
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield 65801-4000
Missouri, USA

In re:
#14-3460-cv-s-MDH
(3 documents
 & TRO Application)

SCREENED BY
U.S. MARSHALS

LEGAL MAIL

TO: Clerk of Court
U.S. District Court
400 East 9th Street, Room 1510
Kansas City 64106
Missouri, USA
64106

RECEIVED
2014 NOV 10 PM 2:27
CLERK, U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

Springfield P&DC MO 658
FRI 07 NOV 2014 PM