FROM: 44202086
TO: Saccato, Larry
SUBJECT: routine letter to Clerk of Court
DATE: 11/05/2014 06:17:42 PM

TO:
Clerk of Court
U.S. District Court
400 East 9th Street, Room 1510
Kansas City 64106
Missouri, USA

DATE: 10/6/2014

11/6/2014 PM

RE:
U.S. ex rel. Mitchell v. Freudenthal et al.
#14-3460-CV-S-MDH-P

Greetings Clerk of Court:

Thank you very much for your letter dated 10/29/2014.
I was very pleased to learn the Docket number you have
assigned (see above).

Please appreciate the fact that the word processing facilities
at USMCFP are rather primitive: Microsoft WORD is installed
on the "typing tutor" PCs, but those PCs are not connected
to any printer(s).

For that reason, I have abstracted the REQUEST FOR WAIVER
OF SERVICE OF SUMMONS from the FRCP's standard forms, and
mailed that abstract to the 3 named Civil Cross-Defendants.

At this juncture, I much prefer that you promptly issue three (3)
SUMMONS IN A CIVIL CASE, as requested in my TRANSMITTAL
mailed to your Office on 10/9/2014, and forward same to my
Legal Assistant: Mr. Larry Saccato, 1224 N.E. Walnut #257,
Roseburg 97470, Oregon, USA.

Mr. Saccato should return to a normal schedule during the week
of 10/9/2014, and he plans to mail the INITIAL APPLICATION
by the end of that week.

11/9/2014 PM

Please enclose at least one copy of the corresponding PROOF OF SERVICE
OF SUMMONS for Mr. Saccato's convenience. (It is my understanding
that I cannot serve a SUMMONS, because I am an interested Party.)

Lastly, please add to your list of things "to do" my request hereby that
you issue twenty-four (24) blank SUBPOENAs IN A CIVIL CASE, and
mail those signed and sealed SUBPOENAs to me as soon as possible.

I will fill in the blanks and request Mr. Saccato to serve same and then
file proper PROOFs OF SERVICE of those SUBPOENAs with your Office.

Thank you very much for your consideration.

Sincerely yours,

/s/ Paul Andrew Mitchell  *Paul Mitchell*

Paul Andrew Mitchell, B.A., M.S. (chosen name)
Private Attorney General: 18 USC 1964;
Agent of the United States as Qui Tam Relator: 31 USC 3730(h)

SHIP TO:

Modeleski, M.P. (given name)
USMCFP #44202-086
P.O. Box 4000
Springfield 65801-4000
Missouri, USA

Modeleski, M.P. (given name)
#44202-086
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield 65801-4000
Missouri, USA

In re:
#14-3460-cv-S-MDH
(3 documents
& TRO Application)

SCREENED BY
U.S. MARSHALS

LEGAL MAIL

TO: Clerk of Court
U.S. District Court
400 East 9th Street, Room 1510
Kansas City 64106
Missouri, USA

64106

RECEIVED
2014 NOV 10 PM 2:27
CLERK, U.S. DIST COURT
WEST. DIST. OF MO
KANSAS CITY, MO

Springfield PR DC MO 658
FRI 07 NOV 2014 PM