Paul Andrew Mitchell, B.A., M.S., Sui Juris
c/o USMCFP #44202-086
P.O. Box 4000
Springfield 65801-4000
Missouri, USA

In Propria Persona (initially)
In Forma Pauperis  (USDC/DWY)

United States District Court

Western District of Missouri

Southern Division / Springfield

| | |
|---|---|
| United States<br>ex relatione<br>Paul Andrew Mitchell<br><br>    Civil Cross-Plaintiff,<br><br>v.<br><br>Nancy Dell Freudenthal,<br>Stephan Harris,<br>L. Robert Murray, and<br>Does 1 thru 100,<br><br>    Civil Cross-Defendants. | Case No. 14-3460-CV-S-MDH-P<br><br>RELATOR'S SIXTH VERIFIED CRIMINAL<br>COMPLAINT, ON INFORMATION:<br>18 U.S.C. 2, 4, 1201, 1444. |

Comes now the United States ex rel. Paul Andrew Mitchell, B.A., M.S., Citizen of Washington State (expressly not a federal citizen), Private Attorney General and Agent of the United States as Qui Tam Relator under the False Claims Act at 31 U.S.C. 3730(h), to request mandatory judicial notice by this honorable Court of the instant VERIFIED CRIMINAL COMPLAINT, ON INFORMATION, pursuant to Rule 201(c)(2) of the Federal Rules of Evidence ("FREV"), and to provide formal notice of same to all interested Party(s), whereby Relator formally charges:

Nancy Dell Freudenthal with:

(1) commission of a felony by causing the Undersigned to be unlawfully seized, abducted, confined and held for monetary and other reward(s); by willfully transporting Him numerous times in interstate commerce (across multiple State lines); and by otherwise using the mail and other means, facilities and/or instrumentalities of interstate commerce to further the commission of the latter offense; all in violation of 18 U.S.C. 1201(a)(1) (one or more Counts);

(2) commission of a felony by conspiring with others both named and unnamed herein to violate 18 U.S.C. 1201(a)(1) supra; and by either doing or aiding, abetting, counseling or commanding others to do one or more overt acts to effect the object of said conspiracy; all in violation of 18 U.S.C. 2 and 1201(c) (one or more Counts); and,

(3) commission of a felony by attempted murder or manslaughter of the Undersigned on account of His assistance to officers and employees of the United States Government in the performance of their official duties, in violation of 18 U.S.C. 1114 (one or more Counts).

Stephan Harris with:

(1) commission of a felony by causing the Undersigned to be unlawfully seized, abducted, confined and held for monetary and other reward(s); by willfully transporting Him numerous times in interstate commerce (across multiple State lines); and by otherwise using the mail and other means, facilities and/or instrumentalities of interstate commerce to further the commission of the latter offense; all in violation of 18 U.S.C. 1201(a)(1) (one or more Counts);

(2) commission of a felony by conspiring with others both named and unnamed herein to violate 18 U.S.C. 1201(a)(1) supra; and by either doiong or aiding, abetting, counseling or commanding others to do one or more overt acts to effect the object of said conspiracy; all in violation of 18 U.S.C. 2 and 1201(c) (one or more Counts); and,

(3) commission of a felony by attempted murder or manslaughter of the Undersigned on account of His assistance to officers and employees of the United States Government in the performance of their official duties, in violation of 18 U.S.C. 1114 (one or more Counts).

L. Robert Murray with:

(1) commission of a felony by causing the Undersigned to be unlawfully seized, abducted, confined and held for monetary and other reward(s); by willfully transporting Him numerous times in interstate commerce (across multiple State lines); and by otherwise using the mail and other means, facilities and/or instrumentalities of interstate commerce to further the commission of the latter offense; all in violation of 18 U.S.C. 1201(a)(1) (one or more Counts);

(2) commission of a felony by conspiring with others both named and unnamed herein to violate 18 U.S.C. 1201(a)(1) supra; and by either doing or aiding, abetting, counseling or commanding others to do one or more overt acts to effect the object of said conspiracy; all in violation of 18 U.S.C. 2 and 1201(c) (one or more Counts); and,

(3) commission of a felony by attempted murder or manslaughter of the Undersigned on account of His assistance to officers and employees of the United States Government in the performance of their official duties, in violation of 18 U.S.C. 1114 (one or more Counts).

## SUMMARY AFFIDAVIT OF PROBABLE CAUSE

Relator now testifies that he has previously filed five (5) separate VERIFIED CRIMINAL COMPLAINTS, ON INFORMATION ("VCCs") in USDC/DWY Docket #2:14-CR-00027-NDF-2 aka 14-CR-27-F (hereinafter "DWY Docket").

Relator has already requested this honorable Court to take mandatory judicial notice of all DWY Docket records, pursuant to Rule 201(c)(2) of the Federal Rules of Evidence ("FREV").

By doing so, Relator believes he acted in good faith, due diligence, and timely compliance with 18 U.S.C. 4 (Misprision of felony) chiefly because of all other felony Federal offenses alleged therein e.g. multiple violations of 18 U.S.C. 241, 1513, 1519 and 1962(d).

On 9/11/2014, Relator was transported against his will -- in discrete move number forty-nine (49) -- to the U.S. Medical Center for Federal Prisoners ("USMCFP") in Springfield, Missouri, where he was promptly placed -- <u>a third time</u> -- in solitary confinement aka the Special Housing Unit ("SHU").

While in solitary confinement, Relator was taken in handcuffs to a heavy metal cage in the SHU.

There, "Dr." Christina A. Pietz, "Ph.D." and USMCFP "Psychologist" attempted to interrogate Relator in the presence of two (2) psychology interns and three (3) prison guards seated in the same room.

Pietz asked Relator if he knew the reason why he had been moved to USMCFP/Springfield.

Relator answered, "Yes, the credential investigation."

Pietz retorted, "No. You are here because you have been diagnosed with a mental illness, and your lawyer agrees that you are delusional."

Relator replied, "Mr. Harris has not ever said that to me."

Pietz then replied, "Do you realize you are speaking fast?"

Relator replied with a question, "Am I speaking too fast for you?"

After about one week in the SHU, Relator was moved to USMCFP Ward 10-G, where he was allowed to join the general population, exercise in the recreation yard, and utilize the prison recreation room and Law Library.

On 10/1/2014, at 11:55 AM (5 minutes before noon), Relator was returning from the Law Library to Ward 10-G, when Pietz handed him a "BP-A0959 Notice of Hearing" [sic].

That hearing had evidently been scheduled for 8:00 AM -- four (4) hours earlier that same day!

Relator was not allowed to attend any such hearing(s) because he first received the unsigned "BP-A0959 Notice" of that 8:00 AM hearing almost four (4) hours later -- at 11:55 AM!

As such, he received no prior notice, and there was no such hearing, contrary to rights expressly itemized in that Notice (cf. "Your rights include:" on Page 2 of 3).

Relator then annotated that BP-A0959 Notice "refused for cause and returned to sender", and mailed the annotated copy, together with his "BP-S148.055 INMATE REQUEST TO STAFF", to Dr. Robert Sarrazin, Chief of Psychiatry, via internal in-house mail. (See attached.)

Relator also attaches his "Confidential Notice" to Dr. Sarrazin, M.D., dated 10/2/2014, as if set forth fully here.

Pietz's "BP-A0959 Notice of Hearing" also recommended "involuntary medication" of Relator, but he has consistently opposed any medication for religious and other verifiable reasons e.g. "pharmakeia" in the Revelation (last Book of the New Testament) read "sorcery", "witchcraft".

The Greek word "pharmakeia" forms the root of English words "pharmacy", "pharmacist", "pharmacology" and "pharmaceutical".

Among those other reasons are official warnings that permanent brain damage, neurological disorders such as neuroleptic malignant syndrome, other severe and irreversible side effects, and even death -- from cardiac dysfunction -- are well known to result from forced medication with certain psychotropic drugs.

The U.S. Supreme Court has ruled that "forced administration of antipsychotic medication may <u>not</u> be used as a form of punishment."

Relator incorporates by reference his annotated refusal of Pietz's "BP-A0959 Notice of Hearing" with key printed excerpts from the decision of the U.S. Supreme Court in <u>Washington v. Harper</u>, 494 U.S. 210 (1990), plus all other attached documents, as if all of the latter were set forth fully here.

Relator also discussed forced medication with other inmates he met in the USMCFP Law Library, after being moved to Ward 10-G.

Their warnings were unanimous, and ominous: under no circumstances should Relator consent to any psychotropic medications, chiefly because of their well documented risks and observable effects on other inmates whose general demeanor closely resembles "zombies".

Relator was also told that one Patricia Hogan, M.D., was abruptly terminated from USMCFP staff for prescribing reduced dosages of such medications to USMCFP inmates assigned to her as patients.

For reasons such as those stated above, also on 10/1/2014 Relator wrote and served Pietz and the Chief of Psychiatry, Robert Sarrazin, with a FAIR WARNING / ACTUAL NOTICE AND DEMAND TO CEASE AND DESIST from inflicting on Relator any further threats or attempts to forcefully medicate him against his expressed desire that they <u>not</u> do so ("NAD").

The latter NAD, also dated 10/1/2014, is attached to Relator's annotated refusal of Pietz's misleading and untimely "BP-A0959 Notice of Hearing", and incorporated here by reference.

Relator also wrote to the USMCFP Warden on 10/1/2014 with notice that two (2) defense Counsels have formally identified Relator in the DWY Docket supra as an "essential witness" who is "critical to the defense" of their respective Co-Defendant clients. See DWY Docket #202 and #208, both incorporated here by reference.

Relator incorporates all other attached documents, as if all were set forth fully here.

Relator strongly suspects from all the above that the real but willfully concealed intent of his transport to USMCFP/Springfield on 9/11/2014 was to inflict irreversible brain damages and/or to cause premature death, in direct retaliation for his nationally recognized credential investigation, and for his well documented status as a Private Attorney General under 18 U.S.C. 1964, and as a Qui Tam Relator under the False Claims Act, 31 U.S.C. 3729 et seq.

As such, Relator sincerely believes he is now entitled to: appropriate relief from all such retaliatory actions, regardless of their source e.g. special damages under 31 U.S.C. 3730(h); automatic triple damages under 18 U.S.C. 1964(c) (Civil RICO); and, all "whistleblower" awards authorized by IRC section 7623(b).

This concludes Relator's SUMMARY AFFIDAVIT OF PROBABLE CAUSE, at this time. Relator reserves his right to supplement this AFFIDAVIT, as newly discovered evidence justifies such supplements, and at proper times of his own choosing.

VERIFICATION

I, Paul Andrew Mitchell, B.A., M.S., hereby verify under penalty of perjury, under the laws of the United States of America, that the above statement of facts and laws is true and correct, according to the best of my current information, knowledge and belief, so help me God, pursuant to 28 U.S.C. 1746(1):  see Supremacy Clause (the Constitution, laws and treaties of the United States (Federal Government) are all the supreme Law of the Land.

Dated:  11/6/2014

Signed:  /s/ Paul Mitchell

Printed: Paul Andrew Mitchell, B.A., M.S.
         Relator In Propria Persona (initially)
         and In Forma Pauperis (USDC/DWY)

PROOF OF SERVICE

I, Paul Andrew Mitchell, B.A., M.S., hereby verify under penalty of perjury, under the laws of the United States of America pursuant to 28 U.S.C. 1746(1), that I caused the following document(s) to be mailed, with sufficient postage affixed, from the Mail Room at the U.S. Medical Center for Federal Prisoners in Springfield, Missouri, USA:

> RELATOR'S SIXTH VERIFIED CRIMINAL COMPLAINT,
> ON INFORMATION: 18 U.S.C. 2, 4, 1201, 1444

to the following addressee(s):

| | |
|---|---|
| Office of Clerk of Court<br>United States District Court<br>400 East 9th Street, Room 1510<br>Kansas City 64106<br>Missouri, USA | Annotated "LEGAL MAIL", "Special Mail"<br>and "All Rights Reserved (cf. UCC 1-308)" |

Dated: 11/7/2014

Signed: *Paul Mitchell*

Printed: Paul Andrew Mitchell, B.A., M.S.
Relator In Propria Persona (initially)
and In Forma Pauperis (USDC/DWY)

Modeleski, M.P. (given name)
# 44202-086
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield 65801-4000
Missouri, USA

In re:
#14-3460-CV-S-MDH-P
(3 documents
& TRO Application)

SCREENED BY
U.S. MARSHALS

LEGAL MAIL

TO: Clerk of Court
U.S. District Court
400 East 9th Street, Room 1510
Kansas City 64106
Missouri, USA
64106

RECEIVED
2014 NOV 10 PM 2:27
CLERK, U.S. DIST. COURT
WEST. DIST. OF MO
KANSAS CITY, MO

Springfield P&DC MO 658
FRI 07 NOV 2014 PM