---------------------------------------------------------------------------------------------------

FROM: 44202086
TO: Saccato, Larry; Schoch, Juan
SUBJECT: PROOF OF SERVICE: TRO APPLICATION
DATE: 11/12/2014 07:25:43 PM


PROOF OF SERVICE

On information provided by my Legal Assistant, "Next Friend" and
Interim Trustee of the Estate of Paul Andrew Mitchell, B.A., M.S.,
I hereby confirm tracking numbers for service of my EMERGENCY
APPLICATION FOR TEMPORARY RESTRAINING ORDER ("TRO"),
as mailed to the following addressees:

Clerk of Court            Tracking #9114901230801980965365
USDC/WDMO/KC
400 East 9th Street, Room 1510
Kansas City, MO 64106

Clerk of Court            Tracking #9114901230801980965341
USDC/WDMO/Springfield
222 N. John Q. Hammons Pkwy., Room 1400
Springfield, MO 65806-2515

Dated: 11/10/2014

and by hand-delivery of printed and signed hard copies
to the following recipients:

Linda Sanders as Warden, USMCFP

Robert Sarrazin as Chief of Psychiatry, USMCFP

Christina A. Pietz as Psychologist, USMCFP

Sara Hampton as Intern, USMCFP

Dated: 11/7/2014

and via FAX transmission to:

Probation and Pretrial Office      FAX # 417-864-6583

Dated: 11/6/2014 at 10:15 PM

Respectfully,

/s/ Paul Andrew Mitchell    Paul Mitchell

Paul Andrew Mitchell, B.A., M.S.
Relator In Propria Persona (initially)
and In Forma Pauperis

All Rights Reserved (cf. UCC 1-308)

(Name) Given name

-086

Center for Federal Prisoners

400

ield 65801-4000

, USA

al Mail

20-cv-MDH-P

MOTION(s)

LEGAL MAIL

TO: Clerk of Court
U.S. District Court
400 East 9th St., Room 1510
Kansas City 64106
Missouri, USA
64106

64106