---------------------------------------------------------------------------------------------------

FROM: 44202086
TO: Schoch, Juan
SUBJECT: REQUEST FOR DOCKET NUMBER
DATE: 11/28/2014 11:58:34 AM

REQUEST FOR DOCKET NUMBER

TO:
Office of Chief Judge
U.S. District Court (WDMO)
400 East 9th Street, Room 1510
Kansas City 64106
Missouri, USA

DATE: 12/2/2014

SUBJECT:
APPLICATION FOR DECLARATORY AND INJUNCTIVE RELIEF:
5 USC 552(a)(4)(B) and 702;  44 USC 3512;  5 CFR 1320.5

Greetings Your Honor:

On or about 11/10/2014, I mailed the above mentioned APPLICATION
to the Clerk of your Court from the USMCFP Mail Room in Springfield, Missouri.

To date, however, I have not received any acknowledgment from the
Clerk's Office, i.e. no docket number has been assigned, or conveyed to me.

I am sincerely concerned chiefly because your colleagues and staff now
appear to be collaborating with obvious intent to delay, avoid, ignore
and even obstruct my lawful petitions, and related pleadings, now pending
at the USDC/WDMO/Springfield.

In particular, my SECOND MOTION FOR RECONSIDERATION documents
several "plain errors" now evident in the Court's records concerning the
issue of venue in civil case #14-3460-CV-S-MDH-P.

There should be absolutely no disagreements concerning venue in my
FOIA enforcement action, because at least five (5) USMCFP personnel
have now turned up withOUT APPOINTMENT AFFIDAVITS.

Here, see 5 USC 3331-3333 and 2906 (the agency to which the office pertains).

My proper FOIA Appeal has also exhausted administrative remedies
in the matter of my original FOIA Request for those 5 credentials.

Please permit me to take this opportunity to elaborate here re: motives.

After so many YEARS of retaliation, now partially summarized in my
MOTION FOR PROTECTIVE ORDER, it is with enormous regret that
I must now raise the issue of cowardice that now appears to persist
among some of your colleagues in the Judiciary, and Executive Branch too.

With all of the brain power the United States has assembled among its
several superior Officers, I find it extremely strange that NOT ONE
has been able to offer ANY suggestions or practical solutions for OPM's
admitted failure to obey 5 CFR 1320.5 and thereby obtain OMB's review
and approval of OPM Standard Form 61 ("SF 61") On the Internet

please see all files archived in the following website folders:

    www.supremelaw.org/cc/hedges/
    www.supremelaw.org/cc/hedges/opm/
    www.supremelaw.org/cc/hedges/omb/

Viciously attacking me instead -- for having made this discovery on behalf
of private clients -- is the epitome of bad form, despicable behavior and
fraudulent concealment. Here, see 18 USC 1519 and 2071 (both felonies).

Please tell me, then, what Ameican Court can I petition, under the Petition Clause,
without any fear or apprehension for predictable obstruction, harassment,
reprisal, intimidation or retaliation? Cf. 18 USC 3771 and 1514(d)(1) definitions.

That is an honest and sincere question, not a rhetorical one by any means.

I will look forward to your timely and considerate reply(s).

Appropriate supervisory intervention will also be most appreciated.

Thank you.

Sincerely yours,

/s/ Paul Andrew Mitchell, B.A., M.S. (chosen name)

Relator In Propria Persona (initially) and
In Forma Pauperis

Copy: Office of Chief Judge, Eighth Circuit Court of Appeals, St. Louis, Missouri

Modeleski, M.? (given name)
#44202-086
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

"Special (May 12th)"
ISTANTIN33305

REQUEST FOR PRE-SCREEN
DOCKET NUMBER
(USDC/WDMO/So.Div.);
Supervisory Intervention
All Rights Reserved
Cct. Ucc 1-308

CERTIFIED MAIL

LEGAL MAIL

TO:
% Clerk of Court
U.S. District Court (WDMO)
400 East 9th St., Room 1510
Kansas City 64106
Missouri, USA

RECEIVED