FROM: 44202086
TO: Saccato, Larry
SUBJECT: NOTICE OF INVESTIGATION AND MIRANDA WARNING
DATE: 12/01/2014 09:20:57 AM

—COPY— PM

NOTICE OF CRIMINAL INVESTIGATION AND MIRANDA WARNING

TO:
Mr. Terry J. Harris et al.
Harris & Harris, P.C.
P.O. Box 368
Cheyenne 82003-0368
Wyoming, USA

DATE: 12/1/2014

Mr. Terry J. Harris et al.:

I regret to inform you that you are now under formal investigation
on suspicion of:

(1) aiding and abetting and being an accessory after the fact to
impersonation of Federal officers and employees by Nancy Dell Freudenthal,
Stephan Harris, L. Robert Murray, Christopher Crofts, Kelly H. Rankin,
Tammy Hilliker, Zachary Fisher, Alan B. Johnson and Scott W. Skavdahl,
in violation of 18 USC 2, 3, 241, 242, 912, 1962(d);

(2) aiding and abetting and being an accessory after the fact to
corruptly concealing Federal District Court records, including but not limited to
the U.S. Office of Personnel Management Standard Form 61 APPOINTMENT
AFFIDAVITS and OATHS OF OFFICE required by Law of all the above named
individuals, in violation of 18 USC 2, 3, 1519, 2071;

(3) obstruction of justice by concealing and refusing to file four (4) separate
Qui Tam Complaints provided to you in both hard-copy and electronic formats
by the Legal Assistant, Next Friend and Interim Trustee of the Estate of
Paul Andrew Mitchell, B.A., M.S., in violation of 18 USC 1505, 1510, 1519;

(4) obstruction of justice by concealing and refusing to surrender DOJ's
written replies and documents disclosed by DOJ's Office of Information Policy
in response to my proper FOIA Request and Appeal for the four (4) credentials
required by Law of Nancy Dell Freudenthal, Alan B. Johnson and Scott W. Skavdahl,
in violation of 18 USC 1505, 1510, 1519;

(5) willful violation of my Fundamental Right to effective assistance of Counsel
in several different ways including but not limited to refusing to obtain blank
SUBPOENA forms under FRCrP Rule 17, refusing to investigate and disclose
the exact dates of Ms. Freudenthal's alleged "appointment", failing to prosecute
my two (2) Habeas Corpus petitions, and conspiring with all individuals now named
in RELATOR'S FIFTH VERIFIED CRIMINAL COMPLAINT, ON INFORMATION
to violate numerous other Fundamental Rights of mine, in violation of
18 USC 241, 242;

(6) wire fraud by using electronic mail to threaten a qualified Federal Witness
and Victim with obstruction of his pleadings intended for filing in the official
Docket records of at least one Federal District Court, in violation of the Petition
Clause in the First Amendment and 18 USC 242, 1343, 1513;

(7) defamation per se and Case 6:14-cv-03460-MDH Document 26 Filed 12/08/14 Page 1 of 3

defamation per se and to infringe Rights guaranteed by two (2) Human Rights Treaties in violation of State and Federal common laws, the Supremacy Clause and 18 USC 241, 242;

(8) mail fraud by transmitting false, misleading and misrepresentative statements via first-class U.S. Mail to offices and personnel of the U.S. Department of Justice in Springfield, Missouri, in violation of 18 USC 1341;

(9) wire fraud by collaborating with certain BOP suspects via electronic mail for purposes of furthering a scheme to defame, defraud, threaten, harass and/or intimidate the Undersigned, and to infringe his Fundamental Rights as partially enumerated above, in violation of 18 USC 1343, 1513, 1514, 2340; and,

(10) multiple instances of gross negligence, serious conflicts of interest, barratry and racketeering in connection with all other defendant clients appearing at any time before Nancy Dell Freudenthal et al. during the preceding ten (10) calendar years, in violation of the Fifth and Sixth Amendments and 18 USC 241, 242, 1961(5), 1962(d).

See In re Telfair, 745 F.Supp 536 (USDC/DNJ 2010) re: legal ethics, professional conduct.

MIRANDA WARNING

You now have the Right to remain silent; you have the Right to an attorney or qualified Counsel of your choice; and, anything that you say or do from this point forward can and will be held against you in a Court of competent jurisdiction e.g. Docket #14-3460-CV-S-MDH-P (USDC/WDMO/Southern Division), and Docket #14-8081 (Tenth Circuit Court of Appeals, Denver, Colorado).

Sincerely yours, *Paul Mitchell*

/s/ Paul Andrew Mitchell, B.A., M.S. (chosen name)

Relator In Propria Persona (initially) and In Forma Pauperis;
Private Attorney General, Civil RICO: 18 USC 1964;
Agent of the United States as Qui Tam Relator: 31 USC 3729 et seq.;
Qualified Federal Witness and Victim: 18 USC 1512, 1513, 1514, 3771;
Instructor, Inventor and Systems Development Consultant,
utility patent pending, U.S. Patent and Trademark Office,
Washington, D.C.;
Webmaster, Supreme Law Library: www.supremelaw.org

All Rights Reserved (cf. UCC 1-308)

Modeleski, M.P. (given name)
#44202-086
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

2014 DEC -8 PM 1:11

"CONFIDENTIAL"

"Special Mars MS-DIST. Cut D : LEGAL MAIL"

Authority:
18 U.S.C. 1504
(last paragraph)!
All Rights Reserved
Cft. UCC 1-308)

%  Foreperson
Federal Grand Jury (28 USC
U.S. District Court
400 East 9th St., Room 1510
Kansas City, 64106
Missouri, USA