# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-3794

In re: Paul Andrew Mitchell, also known as Mitchell Paul Modeleski

Petitioner

___

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:14-cv-03460-MDH)
___

**ORDER**

The $505 appellate filing and docketing fee has not been paid and is due. Appellant is directed to either pay the fee in the United States Court of Appeals for the Eighth Circuit or file a motion for leave to proceed in forma pauperis in this court within 28 days of the date of this order. If appellant does not pay the fee or move for IFP status by January 8, 2015, this appeal will be dismissed for failure to prosecute without further notice.

December 11, 2014

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Michael E. Gans