CHANGE OF ADDRESS NOTICE (#2)

TO: Clerk of Court, USDC/WDMO
400 East 9th Street, Room 1510
Kansas City, 64106
Missouri, USA

(First Notice lacked Zip Code.)

DATE: 12/18/2014
RE: #14-3460-CV-S-MDH-P (USDC/WDMO)
    #14-3506-CV-S-MDH-P (USDC/WDMO)

Greetings Clerk of Court,

Cf. 28 U.S.C. 1654, 2241, 2242

Please address all future Court correspondence, pleadings, process etc. to the following address of my "Next Friend", until further notice:

> Mr. Larry Saccato
> 1224 N.E. Walnut #257
> Roseburg 97470
> Oregon, USA

email: <lsaccato@gmail.com>

Thank you.

Respectfully,
Paul Andrew Mitchell (chosen name)
Paul Andrew Mitchell, B.A., M.S.
Plaintiff and Relator for Propria Persona
i.e. "personally" under 28 U.S.C. 1654
(NOT "by counsel").
All Rights Reserved (cf. UCC 1-308)

1 of 5

NOTICE OF MOTION AND
MOTION FOR APPOINTMENT OF
QUALIFIED ADVOCATE: 28 U.S.C. 1915(e)
Case #14-3506-CV-S-MDH-P

TO: Hon. M. Douglas Harpool, U.S. District Judge
% Clerk of Court
USDC/WDMO/So. Div.
400 E. 9th St., Room 1510
Kansas City 64106
Missouri, USA

DATE: 12/18/2014

Greetings Your Honor:

This honorable Court is hereby moved to invite qualified Advocate(s), pursuant to 28 U.S.C. 1915(e) to represent the Undersigned, due to the following exigent circumstances imposed against his will:

(1) after a total of 54 discrete moves, Plaintiff is stranded again, a third time, at the County jail in Gering, Nebraska;

(2) there is no email, no word processing equipment, and no adequate law library resources at said jail;

(3) all of his accumulated legal research and related documents were confiscated by "R&D" at the USMCFP/Springfield with no ETA of shipment or delivery to his Next Friend; ("R&D" = Receiving/Discharge);

1 of 2

Case 6:14-cv-03460-MDH   Document 29   Filed 12/23/14   Page 2 of 5

(4) after arrival at USMCFP/Springfield Plaintiff was threatened with forced administration of mind-altering (i.e., brain-damaging) psychotropic pharmaceuticals, in violation of 18 U.S.C. 1512, 1514, 2340 and 3771;

(5) Plaintiff was previously identified as a "critical witness" by 2 defense counsels in related case #2:14-cr-20027-NDF (WDOK/WWY);

(6) Plaintiff's initial FOIA Request produced none of the 5 APPOINTMENT AFFIDAVITS/SF-61s required by applicable federal laws;

(7) BOP's Regional Counsel advised him of his right to appeal, whereupon Plaintiff did mail a proper FOIA Appeal to BOP;

(8) insofar as the same 5 USMCFP personnel do lack APPOINTMENT AFFIDAVITS, they are thereby directly implicated in multiple violations of 18 U.S.C. 241, 242, 912, 1510 and 1962(d); see also 5 U.S.C. 5507;

(9) Plaintiff did follow with more FOIA Requests for the APPOINTMENT AFFIDAVITS of other BOP personnel, but his recent moves have rendered it impossible for him to receive correspondence from BOP's Regional Counsel; see 5 U.S.C. 552;

(10) Plaintiff's mailing address for said Regional Counsel was confiscated on 12/5/2014,

and not forwarded to the County jail in Sidney, Nebraska ("SBCDC");

(11) on 12/4/2014, Plaintiff did mail ten (10) REQUESTS FOR QUOTATION to as many potential Advocates, law firms and sympathetic foundations; and,

(12) the latter "RFQ" directed replies to Plaintiff's "Next Friend": see enclosed CHANGE OF ADDRESS NOTICE (#2).

## REMEDY REQUESTED

This Court is respectfully requested to invite qualified Advocate(s), pursuant to 28 U.S.C. 1915(e), legally to represent the Undersigned in the instant case; and, to authorize all other relief which this honorable Court deems just and proper, under the exigent circumstances which have occasioned the instant case, as supplemented with all pending FOIA Requests and Appeals.

Thank you for your consideration.

Respectfully submitted,
Paul Andrew Mitchell (chosen name)
Paul Andrew Mitchell, B.A., M.S.
Plaintiff In Propria Persona (initially)
i.e. "personally" under 28 U.S.C. 1654

All Rights Reserved (cf. UCC 1-308)

INMATE NAME: Modesto M. R. Oliver
SCOTTS BLUFF COUNTY DETENTION CENTER
PO Box 130
GERING, NE 69341-0130

SBCDC Disclaims Any Responsibility For
The Nature of the Content of this Correspondence

NOTICE OF MOTION and
Change of Address

#14-3460-cv-s-MDH-P
#14-3506-cv-s-MDH-P

LEGAL MAIL — OPENED
2014 DEC 23 AM 12:22

TO:
Clerk - U.S. District
400 E. 9 ST. Rm. 1510
Kansas City, MO 64106
Missouri USA
64106