FROM: 44202086
TO: Brown, Thomas; Coakley, Mike; Guenette, Edward; Mullen, Jack; Saccato, Larry; Schoch, Juan
SUBJECT: APPLICATION FOR WRIT OF MANDAMUS
DATE: 12/04/2014 06:26:00 AM

**FILED**
DEC 1 1 2014
MICHAEL GANS
CLERK OF COURT

U.S. Court of Appeals for the Eighth Circuit

U.S. ex rel. Mitchell
v.
Nancy D. Freudenthal et al.

Appeal No. __14-3794__

Civil #14-3460-CV-S-MDH-P

APPLICATION FOR WRIT OF MANDAMUS:
18 U.S.C. 1514, 1964, 3771; 31 U.S.C. 3730(h) (retaliation).

Appellant Paul Andrew Mitchell now comes to request
an urgent Writ in the nature of Mandamus commanding
the USDC/WDMO/Southern Division to rule on all of
Appellant's outstanding motions, with particular focus on his
MOTION FOR PROTECTIVE ORDER, and two (2)
MOTIONs FOR RECONSIDERATION which address
venue thoroughly and related plain errors.

No other plain, speedy or adequate remedy is now available,
in view of plans by USMCFP staff to move Appellant --
a 50th time -- to destinations unknown, where word processing
equipment, stamps and envelopes will not be available e.g.
FTC/OKC and jails in Akron, Colorado, and Gering, Nebraska.

USDC at Springfield, Missouri, has jurisdiction in personam
of Appellant, and needs this Circuit Court to order the USDC's
priorities so Habeas Corpus and relief from retaliatory actions
take precedence.

Appellant is requesting quotations from licensed attorneys
to represent him; none has responded.

Respectfully submitted on 12/4/2014 by /s/ Paul Mitchell
Paul Andrew Mitchell, In Propria Persona, In Forma Pauperis
c/o Larry Saccato, 1224 N.E. Walnut #257, Roseburg, Oregon 97470

All Rights Reserved

PROOF OF MAILING

I mailed the above APPLICATION on 12/4/2014 from the Mail Room
at USMCFP in Springfield, Missouri, via first-class U.S. Mail with
sufficient postage affixed and properly addressed to:

Clerk of the Court
Eighth Circuit Court of Appeals
111 South Tenth Street, Room 24.329
St. Louis 63102-1116
Missouri, USA

RECEIVED
[...] 2014
[...]

Dated: 12/4/2014

Sincerely yours, *Paul Mitchell*

/s/ Paul Andrew Mitchell, B.A., M.S.
Relator In Propria Persona (initially) and In Forma Pauperis

U.S. Court of Appeals for Eighth Circuit

U.S. ex rel. Mitchell          Appeal No. _____
v. Nancy D. Freudenthal et al.  Civil #14-3460-CV-S-MDH-P

APPLICATION FOR WRIT OF MANDAMUS:
18 U.S.C. 1514, 1964, 3771; 31 U.S.C. 3730(h) (retaliation)

Appellant Paul Andrew Mitchell now comes to request an urgent Writ in the nature of Mandamus commanding the USDC/WDMO/So. Div. to rule on all of Appellant's outstanding motions, with particular focus on his MOTION FOR PROTECTIVE ORDER, and two (2) MOTIONS FOR RECONSIDERATION which address venue thoroughly and related plain errors.

No other plain, speedy or adequate remedy is now available, in view of plans by USMCFP staff to move Appellant — a 50th time — to destinations unknown, where word processing equipment, stamps and envelopes will not be available e.g. FTC/OKC and jails in Akron, Colorado, and Gering, Nebraska. USDC at Springfield, Missouri has jurisdiction in personam of Appellant, and needs this Circuit Court to order the USDC's priorities so Habeas Corpus and relief from retaliatory actions take precedence. Appellant is requesting quotations from licensed attorneys to represent him; none has responded. Respectfully submitted on 12/4/2014 by Paul Andrew Mitchell, In Propria Persona, In Forma Pauperis, c/o Larry Saccato, 1324 N.E. Walnut #257, Roseburg, Oregon 97470; All Rights Reserved

Modeleski, M.P. (given name)
#41202-086
aka Paul Andrew Mitchell, B.A., M.S.
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield USA 61 - 4000
Missouri, USA

Re:
#14-3460-CV-S-MDH-P
(USDC/WDMO/So.Div.)

"Special Mail"

LEGAL MAIL

TO: Clerk of the Court
Eighth Circuit Court of Appeals
111 South Tenth Street, Rm.
St. Louis 63102-1116
Missouri, USA

63102



# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 12/11/2014

**Case Name:**    In Re: Paul Mitchell
**Case Number:**  14-3794

**Docket Text:**
PETITION for Writ of Mandamus (Rec'd by MAIL--copy of envelope attached), filed by Petitioner Mr. Paul Andrew Mitchell; w/service by USCA8 on 12/11/2014 [4224870] [14-3794]

**The following document(s) are associated with this transaction:**
Document Description:  Petition for writ of mandamus
Document Description:  Envelope

**Notice will be mailed to:**

Mr. Paul Andrew Mitchell
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
44202-086
P.O. Box 4000
Springfield, MO  65801-4000

**Notice will be electronically mailed to:**

Ms. Ann Thompson:

# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 11, 2014

Mr. Paul Andrew Mitchell
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
44202-086
P.O. Box 4000
Springfield, MO  65801-4000

      RE:  14-3794  In Re: Paul Mitchell

Dear Mr. Mitchell:

      We have assigned your petition for a writ the case number shown above. However, you have not paid the required $500 docketing fee.

      You should immediately submit a check for the amount, made payable to "Clerk of the United States Court of Appeals for the Eighth Circuit." If the payment has not been received within thirty days of the date of this letter, your petition may be dismissed for failure to pay the fee. If you cannot pay the $500 fee, please complete and return to this court the enclosed Motion for leave to proceed in forma pauperis within 28 days of the date of this letter.

      Your case will be referred to a panel of judges for review.

      Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

                              Michael E. Gans
                              Clerk of Court

DMW

Enclosure(s)

cc:    Ms. Ann Thompson

      District Court/Agency Case Number(s):   6:14-cv-03460-MDH

**Caption For Case Number: 14-3794**

In re: Paul Andrew Mitchell

        Petitioner

**Addresses For Case Participants:   14-3794**

Mr. Paul Andrew Mitchell
U.S. MEDICAL CENTER FOR FEDERAL PRISONERS
44202-086
P.O. Box 4000
Springfield, MO  65801-4000

Ms. Ann Thompson
U.S. DISTRICT COURT
Western District of Missouri Clerk's Office
Suite 1400
222 N. John Q. Hammons Parkway
Springfield, MO  65806-0000