# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-3794

In re: Paul Andrew Mitchell, also known as Mitchell Paul Modeleski

Petitioner

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:14-cv-03460-MDH)
_____

**MANDATE**

In accordance with the judgment of 12/17/2014, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 17, 2014

Clerk, U.S. Court of Appeals, Eighth Circuit